IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02899-CMA-MEH

AMERICAN ACADEMY OF HUSBAND-COACHED CHILDBIRTH, a California general partnership,

      Plaintiff,

v.

KYLE THOMAS,
NAOMI THOMAS,
ELLEN CONTARD, and
BRIO BIRTH, LLC, a Colorado limited liability company,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 14, 2010.**

The "Stipulation and Protective Order" [filed December 8, 2010; docket #17], filed as a motion, is **denied without prejudice**. The parties may re-file this request as a motion, with the handwritten modifications to the proposed protective order incorporated into the electronic document, and the parties must contemporaneously email the proposed protective order in usable format, preferably .wpd or .doc, to *hegarty_chambers@cod.uscourts.gov*.