IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02899-CMA-MEH

AMERICAN ACADEMY OF HUSBAND-COACHED CHILDBIRTH, a California general partnership,

    Plaintiff,

v.

KYLE THOMAS,
NAOMI THOMAS,
ELLEN CONTARD, and
BRIO BIRTH, LLC, a Colorado limited liability company,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 20, 2010.**

    Defendants' Motion for Protective Order [filed December 17, 2010; docket #33] is **denied without prejudice**, and the proposed Stipulated Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89. Furthermore, the motion contains no certificate of service as required by Fed. R. Civ. P. 5(d).

    In addition, the parties are reminded of their obligations to comply with D.C. Colo. LCivR 10.1E and all local and federal court rules.