# CHILDBIRTH EDUCATION

## PRACTICE, RESEARCH and THEORY

### Francine H. Nichols, PhD, RNC, FAAN

Professor and Coordinator of Women's Health
Georgetown University
School of Nursing
Washington, DC

President, MCH Consultants
Washington, DC

Associate Editor, Journal of Perinatal Education

Lamaze International Certified Childbirth
  Educator

### Sharron Smith Humenick, PhD, RN, FAAN

Professor and Chair, Maternal Child Nursing
  Department
Virginia Commonwealth University
School of Nursing
Richmond, Virginia

Professor of Nursing Emeritus
University of Wyoming
Laramie, Wyoming

Editor-in-Chief, Journal of Perinatal Education

Lamaze International Certified Childbirth
  Educator

## W.B. SAUNDERS COMPANY
*A Harcourt Health Sciences Company*
Philadelphia London New York St. Louis Toronto Sydney

10-CV-02899-CMA
Defendant's Ex. V

natural childbirth. Her goal was to provide scientific evidence of benefits of natural childbirth to turn birth into a "momentous experience of fulfillment, meaning and joy" (Tanzer, 1972, p. 254). Her conclusion was that women consistently report greater ability to cope with labor after attending class and those who report peak experiences have their husbands present for the birth.

Organizations formed later reflect more feminist and traditionalist ideologies. One example is the National Association of Parents and Professionals for Safe Alternatives in Childbirth (NAP-SAC) organized in 1975. Arms (1994) describes its adherents as passionate spokespersons for childbirth reform and alternatives to hospital birth practices. An early passionate voice against the medical management of childbirth was Doris Haire. The self-help movement of the 1960s and 1970s sought to change traditional paternal medical relationships between women and physicians. It is best expressed by the book *Our Bodies, Ourselves*, which was written by nonprofessional women. A noted exception to paternalistic attitudes was Robert Bradley, a Denver obstetrician. Although a follower of Dick-Read, he wrote a book called *Husband-Coached Childbirth* (1965). Together with Rhonda Hartman and Marjie and Jay Hathaway, Dick-Read founded the American Academy of Husband-Coached Childbirth (The Bradley method). The Bradley method continues to discourage strongly the use of medication or anesthesia.

For women, control during childbirth in the 1970s meant a drug-free birth. In maternity services planning meetings of the 1970s, physicians commonly said of women consumers who were giving testimony in support of birthing rooms in hospitals, "You are politicizing a technical issue." Or as Kahn (1995), a sociologist, states in *Bearing Meaning: The Language of Birth*, women were making what is "sociological 'birth' scientific" (p. 181). The adversarial nature of childbirth preparation to the common practices of obstetricians became part of feminist rhetoric to change the routine medical management of birth.

The childbirth education movement was adopted early on by white middle-class women. Social, political, and feminist influences affected its popularity. The most fitting label of the women involved in this movement is not feminist or traditionalist but *womanist*. The term *womanist* is credited to Alice Walker based on the African-American folk expression *womanism* or that which is spoken most often by mothers to their daughters (Kahn, 1995, p. 314). To Walker (1984, p. xi), a womanist is "a woman who loves other women, appreciates and prefers women's culture, and

women's strength." By providing education for childbirth, the organizations mentioned previously are the roots of what became a consumer movement. That movement led to changes in the maternity care system referred to as family-centered care. Those changes include less medication and anesthesia, fathers present for the labor and delivery, the mother rooming-in with the baby, and siblings visiting. Childbirth education organizations continue to have an important impact on prenatal care today.

## The Breastfeeding Movement

Along with the second wave of childbirth education organizations in the 1970s, women began to breastfeed in greater numbers. The La Leche League led this movement in the United States. Women took on the formula industry and the medical establishment for promoting bottle feeding.

## The Cesarean Prevention Movement

Childbirth education organizations supported The Cesarean Prevention Movement, which also began as a consumer movement. Cesareans/Support Education and Concern (C/SEC) and The Cesarean Prevention Movement, Inc. (CPM) are examples of these consumer movements that published newsletters and promoted specific preparation courses for women desiring vaginal birth after cesarean birth (VBAC). The National Institutes of Health organized the Task Force on Cesarean Childbirth in 1979 in response to a dramatic rise in the cesarean birth rate (Flamm, 1990, p. 57). The report that followed strongly endorsed VBAC, as did the ICEA's position statement in 1980 (ICEA, 1980; U.S. Department of Health and Human Services, 1981). ICEA published a comprehensive review of the literature on VBAC one year before the American College of Obstetricians' (ACOG) Committee Statements on VBAC. Both organizations concluded that maternal and perinatal mortality is lower with VBAC than with repeat cesarean delivery. Public awareness of VBAC increased after the publication of *Silent Knife* (1983), by Nancy Cohen and Lois Estner. Providing information on unnecessary cesarean births and VBAC is a standard in classes taught by childbirth educators today.

## Rebirth of Midwifery

The civil rights movement led by Martin Luther King forced Americans to face poverty and race

10-CV-02899-CMA
Defendant's Ex. V