### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 10-cv–02899-CMA-MEH

AMERICAN ACADEMY OF
HUSBAND-COACHED CHILDBIRTH, a California general partnership,

    Plaintiff,

v.

KYLE THOMAS, an Individual,
NAOMI THOMAS, an Individual,
ELLEN CONTARD, an Individual, and
BRIO BIRTH, LLC, a Colorado limited liability company,

    Defendants.

## ORDER RELEASING BOND

This matter is before the Court pursuant to the Joint Stipulation To Release of Bond (Doc. # 98) filed by all parties to this litigation. The parties having stipulated and the Court being fully advised in the premises, it is therefore,

ORDERED that the bond of Plaintiff American Academy of Husband-Coached Childbirth ("Plaintiff") shall be released to Plaintiff.

DATED: July __18__, 2011

                                                  BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge