**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv–02899-CMA-MEH

AMERICAN ACADEMY OF
HUSBAND-COACHED CHILDBIRTH, a California general partnership,

    Plaintiff,

v.

KYLE THOMAS, an Individual;
NAOMI THOMAS, an Individual;
ELLEN CONTARD, an Individual; and
BRIO BIRTH, LLC, a Colorado limited liability company,

    Defendants.

---

## ENTRY OF CONFESSION OF JUDGMENT

This matter is before the Court on Plaintiff's Motion for Entry of Confession of Judgment (Doc. # 104). The Parties having stipulated and the Court being fully advised in the premises,

It is, therefore, ORDERED:

1) That entry of judgment shall enter against Defendant Brio Birth, LLC and in favor of American Academy of Husband-Coached Childbirth, in the amount of $140,000.00, plus statutory interest; and

2) That entry of judgment shall not be delayed and the effective date of the judgment shall be today.

DATED this   25th   day of January, 2012

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge